Brewster H. Jamieson, ABA No. 8411122
David Schoeggl, ABA No. 0511090
LANE POWELL LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone:  907-264-3325
            206-223-7383
Facsimile:  907-276-2631
Email:      jamiesonb@lanepowell.com
            schoeggl@lanepowell.com

Jeffrey D. Laveson, (*pro hac vice*)
Linda B. Clapham, (*pro hac vice*)
CARNEY BADLEY SPELLMAN, P.S.
701 Fifth Avenue, Suite 3600
Seattle, WA 98104
Telephone:  (206) 622-8020
Facsimile:  (206) 467-8215
Email:      laveson@carneylaw.com
            clapham@carneylaw.com

Attorneys for Plaintiff
United States Liability Insurance Group

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| UNITED STATES LIABILITY INSURANCE COMPANY,<br><br>                                    Plaintiff,<br><br>v.<br><br>PROWLER, LLC; ALASKA LONGLINE, LLC, OCEAN PROWLER, LLC and PROWLER FISHERIES, LLC.,<br><br>                                    Defendants. | Case No. 3:16-cv-00297-HRH<br><br>**NOTICE OF TENTATIVE <u>SETTLEMENT</u>** |

      Plaintiffs give notice that they have agreed to a tentative settlement with all parties, and expect to file settlement documents within the next 30 days.

DATED this 10th day of February, 2017.

                        LANE POWELL LLC

                        By: *s/ Brewster H. Jamieson*
                             Brewster H. Jamieson, ABA No. 8411122
                             David M. Schoeggl, ABA No. 0511090

                        Attorneys for Plaintiff
                        United States Liability Insurance Group

I certify that on February 10, 2017, a copy of the foregoing was served electronically on:

Markos Scheer, mscheer@williamskastner.com
Linda Clapham, clapham@carneylaw.com
Jeffrey D. Laveson, laveson@carneylaw.com

  *s/ Brewster H. Jamieson*

**Notice of Tentative Settlement**
*United States Liability Insurance Company v. Prowler, LLC, et al.* **(Case No. 3:16-cv-00297-HRH)**     Page 2 of 2

Case 3:16-cv-00297-HRH   Document 17   Filed 02/10/17   Page 2 of 2