Brewster H. Jamieson, ABA No. 8411122
David Schoeggl, ABA No. 0511090
LANE POWELL LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-264-3325
 206-223-7383
Facsimile: 907-276-2631
Email: jamiesonb@lanepowell.com
 schoeggl@lanepowell.com

Jeffrey D. Laveson, (*pro hac vice*)
Linda B. Clapham, (*pro hac vice*)
CARNEY BADLEY SPELLMAN, P.S.
701 Fifth Avenue, Suite 3600
Seattle, WA 98104
Telephone: (206) 622-8020
Facsimile: (206) 467-8215
Email: laveson@carneylaw.com
 clapham@carneylaw.com

Attorneys for Plaintiff
United States Liability Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| UNITED STATES LIABILITY INSURANCE COMPANY,<br><br>          Plaintiff,<br><br>v.<br><br>PROWLER, LLC; ALASKA LONGLINE, LLC, OCEAN PROWLER, LLC and PROWLER FISHERIES, LLC.,<br><br>          Defendants. | Case No. 3:16-cv-00297-HRH<br><br>**NOTICE OF DISMISSAL<br>PRIOR TO ANSWER** |

Plaintiff United States Liability Insurance Company, through counsel of record, gives notice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), that this action against Defendants Prowler, LLC; Alaska Longline, LLC; Ocean Prowler, LLC; and Prowler Fisheries, LLC is dismissed,

with prejudice, without award of costs or fees to any party, and prior to filing an answer to the complaint.

DATED this 3rd day of March, 2017.

CARNEY BADLEY SPELLMAN, P.S.

By: *s/ Jeffrey D. Laveson*
    Jeffrey D. Laveson, *pro hac vice*
    Linda B. Clapham, *pro hac vice*

LANE POWELL LLC

By: *s/ Brewster H. Jamieson*
    Brewster H. Jamieson, ABA No. 8411122
    David M. Schoeggl, ABA No. 0511090

Attorneys for Plaintiff
United States Liability Insurance Company

I certify that on March 3, 2017, a copy of the foregoing was served electronically on:

Markos Scheer, mscheer@williamskastner.com
Linda Clapham, clapham@carneylaw.com
Jeffrey D. Laveson, laveson@carneylaw.com

  s/ Brewster H. Jamieson

130504.0001/6886554.1

**Notice of Dismissal Prior to Answer**
*United States Liability Insurance Company v. Prowler, LLC, et al.* **(Case No. 3:16-cv-00297-HRH)**     Page 2 of 2

Case 3:16-cv-00297-HRH   Document 19   Filed 03/03/17   Page 2 of 2